

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2022

No. 04-22-00512-CV

**IN THE INTEREST OF M.S.M., K.C.M., AND C.C.M.**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVPC-21-0000251
Honorable Dennis Powell, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating Appellant T.M.'s parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant T.M.'s brief was originally due September 26, 2022. Appellant T.M. was then granted an extension to October 17, 2022. Our order granting the extension explained that because of the time constraints governing the disposition of this appeal, further requests for extensions of time would be disfavored.

On October 18, 2022, Appellant T.M. filed a second motion for extension of time, requesting an extension to October 27, 2022. Appellant T.M.'s second motion for extension of time to file Appellant T.M.'s brief is GRANTED. We ORDER Appellant T.M. to file her brief on or before October 27, 2022. Because of the time constraints of an accelerated appeal, and the previously granted extension of time, no further extensions will be granted. If appellant's brief is not filed by October 27, 2022, we may abate this appeal to the trial court for an abandonment hearing. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

It is so **ORDERED** on October 21, 2022.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT